IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WAYNE WHITE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. L-01-1915 |
| ) | |
| PEZROW CORPORATION ) | |
| OF NEW JERSEY ) | |
| d/b/a ADVANTAGE/PEZROW, INC. ) | |
| d/b/a ADVANTAGE/PEZROW ) | |
| SALES & MARKETING ) | |
| ) | |
| Defendant. ) | |

NOV - 5 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

## MOTION FOR ENLARGEMENT OF TIME
## FOR PLAINTIFF TO MAKE RULE 26(a)(2) DISCLOSURES

Plaintiff, Wayne White ("Plaintiff"), by his undersigned counsel, hereby requests that the Court enlarge by two weeks the time within which Plaintiff may make his Rule 26(a)(2) disclosures regarding experts, to and including November 19, 2001.

Plaintiff states the following as reason for the enlargement:

1.   The present deadline for Plaintiff to make his Rule 26(a)(2) disclosures regarding experts is November 5, 2001.

2.   Despite good faith efforts, Plaintiff has not been able to make a determination as to whether he will retain an expert witness in this case. Plaintiff has been receiving ongoing psychiatric treatment for conditions relevant to the



subject matter of this action. In addition to the possible testimony of his treating physicians and other health care providers, Plaintiff may wish to present expert testimony related to his health and psychiatric condition. Plaintiff has appointments during the week of November 5 with his treating health care providers, each of whom Plaintiff may retain to offer expert testimony. Plaintiff believes that these appointments will be necessary to make a final determination as to whether he will retain any additional expert witnesses. Plaintiff further anticipates that he can make this determination and retain an additional expert as necessary within the three weeks sought as an enlargement of time in this Motion.

3. The enlargement of time sought in this Motion would necessitate postponement only of the deadlines set for other expert witness disclosures. Plaintiff consents to a postponement of Defendant's initial Rule 26(a)(2) disclosures, currently scheduled for December 4, 2001, until December 26, 2001; of Plaintiff's rebuttal Rule 26(a)(2) disclosures, currently scheduled for December 18, 2001, until January 8, 2001; and of the deadline for supplementation of Rule 26(a)(2) disclosures and responses, currently scheduled for December 26, 2001, until January 18, 2002. Plaintiff anticipates that no other alterations to the Court's Scheduling Order of September 5, 2001 would be required as a result of the enlargement of time sought in this Motion.

4. Neither party previously has sought an enlargement of time or other modification of the Court's Scheduling Order of September 5, 2001.

5. Plaintiff has no reason to believe that the enlargement of time requested herein will prejudice either party.

6. On November 5, 2001, counsel for Plaintiff requested that counsel for Defendant consent to this Motion, pursuant to Local Rule 105.9(a). Counsel for Defendant has stated that it will inform counsel for Plaintiff shortly regarding whether Defendant will consent to this Motion.

WHEREFORE, Plaintiff Wayne White respectfully requests that this Court enlarge the time within which he may make his Rule 26(a)(2) disclosures regarding experts, to and including November 26, 2001 and that the related deadlines be amended as stated in this Motion.

Respectfully submitted,

_____
Gil A. Abramson (#01240)
Mark S. Saudek (#23963)
Hogan & Hartson L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700

Counsel for Plaintiff Wayne White

Date: November 5, 2001

APPROVED:

_____
Benson E. Legg
United States District Judge

11/07/01
_____
Date

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November 2001, a copy of Plaintiff Wayne White's Motion for Enlargement of Time to File Rule 26(a)(2) Disclosures was sent by facsimile and mailed, first class postage prepaid, to:

> Daniel A. Tabs, Esquire
> Grotta, Glassman & Hoffman, P.A.
> 75 Livingston Avenue
> Roseland, NJ 07068

_____
Mark S. Saudek