IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| WAYNE WHITE           )<br>                       )<br>        Plaintiff,   )<br>                       )<br>    v.                 )<br>                       )<br>PEZROW CORPORATION     )<br>OF NEW JERSEY          )<br>d/b/a ADVANTAGE/PEZROW, INC. )<br>d/b/a ADVANTAGE/PEZROW )<br>    SALES & MARKETING )<br>                       )<br>        Defendant.     )<br>_____) | Civil Action No. L-01-1915 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Wayne White ("Plaintiff"), and Defendant, Pezrow Companies, Inc. ("Advantage/Pezrow"), by their undersigned counsel, hereby jointly request that the Court amend its Scheduling Order of September 5, 2001, as modified on November 7, 2001.

Plaintiff and Defendant state the following as reason for the amendment of the Scheduling Order:

1. On November 7, the Court granted Plaintiff's Motion for Enlargement of Time for Plaintiff to Make Rule 26(a)(2) Disclosures, extending the deadline for such disclosures from November 5, 2001, until November 26, 2001.



\\\BA - 81372/1 - #124180 v1

2. Plaintiff's Motion for Enlargement of Time sought other alterations to the Court's Scheduling Order of September 5, 2001 to accommodate the enlargement of time for Plaintiff to make Rule 26(a)(2) disclosures.

3. Defendant anticipates that, in light of the holiday calendar, further postponements of certain deadlines will be necessary for Defendant to adequately prepare its initial Rule 26(a)(2) disclosures. Plaintiff and Defendant consent to a postponement of Defendant's initial Rule 26(a)(2) disclosures, currently scheduled for December 26, 2001, until January 7, 2002; of Plaintiff's rebuttal Rule 26(a)(2) disclosures, currently scheduled for January 8, 2001, until January 22, 2002; of the deadline for completing discovery and submission of status reports, currently scheduled for January 18, 2002, until February 14, 2002; and of the deadline for filing dispositive pretrial motions, currently scheduled for February 19, 2002, until March 14, 2002.

4. Plaintiff and Defendant anticipate that no other alterations to the Scheduling Order of September 5, 2001 would be required as a result of the amendments sought in this Motion.

5. The parties represent that the enlargement of time requested herein will not prejudice either party.

WHEREFORE, Plaintiff Wayne White and Defendant Pezrow Companies, Inc. respectfully request that this Court amend its Scheduling Order of September 5, 2001 to incorporate the proposed deadlines as stated in this Joint Motion.

Respectfully submitted,

_____
Gil A. Abramson (#01240)
Mark S. Saudek (#23963)
Hogan & Hartson L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
(410) 659-2700

Counsel for Plaintiff Wayne White

_____
Daniel A. Tabs (#12146)
Grotta, Glassman & Hoffman, P.A.
75 Livingston Avenue
Roseland, NJ 07068
(973) 992-4800

Counsel for Defendant Pezrow

Date: November 15, 2001

APPROVED:

_____
Benson E. Legg
United States District Judge

11/20/01
_____
Date

- 3 -