IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WAYNE WHITE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. L-01-1915 |
| ) | |
| PEZROW CORPORATION ) | |
| OF NEW JERSEY ) | |
| d/b/a ADVANTAGE/PEZROW, INC. ) | |
| d/b/a ADVANTAGE/PEZROW ) | |
| SALES & MARKETING ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Motion of Plaintiff Wayne White to Withdraw Motion to Reopen Case Pursuant to Local Rule 111.1 and Joint Stipulation of Dismissal, any opposition thereto, the arguments of counsel, and the entire record herein, it is hereby:

ORDERED, that the Motion of Plaintiff Wayne White to Withdraw Motion to Reopen Case Pursuant to Local Rule 111.1 and Joint Stipulation of Dismissal BE, and hereby IS, GRANTED;

ORDERED, that the Motion of Plaintiff Wayne White to Reopen Case Pursuant to Local Rule 111.1 BE, and hereby IS, WITHDRAWN; and it is further



\\\BA - 81372/1 - #128209 v2

ORDERED, that the above-captioned case is DISMISSED with prejudice.

DONE and ORDERED in Chambers this 25TH day of January, 2002.

_____
Benson E. Legg
United States District Judge

COPIES TO:

Mark S. Saudek, Esq.
HOGAN & HARTSON L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, MD  21202

Daniel A. Tabs, Esquire
Grotta, Glassman & Hoffman, P.A.
75 Livingston Avenue
Roseland, NJ  07068